# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 30, 2021

## NO. 03-21-00088-CV

**Diane S. Jones, Appellant**

**v.**

**Texas Comptroller of Public Accounts, Appellee**

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES BAKER AND SMITH
DISMISSED FOR WANT OF PROSECUTION --
OPINION BY CHIEF JUSTICE BYRNE**

This is an appeal from the judgment signed by the trial court on January 15, 2021. Having reviewed the record, the Court holds that Diane S. Jones has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.